

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:     01-19-00620-CR

Trial Court Cause
Number:     18-CR-1661

Style:     Michael Wayne Kie

v. The State of Texas

Date motion filed*:     September 4, 2020

Type of motion:     Motion for Access to Appellate Record

Party filing motion:     Appellant

Document to be filed:

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

☒ Granted

If document is to be filed, document due:

☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

We order the Clerk of this Court to provide appellant with a copy of the appellate record in the above-captioned case.

Judge's signature: /s/ Evelyn V. Keyes
     ☒ Acting individually     ☐ Acting for the Court

Date: September 10, 2020